United States District Court
Western District OF T.N

George Bryant

against                                    Complaint

Lt Jordan and
Sgt Amos sued
in their Individual
capacities and Warden           (Jury trial
Sherry Lindamood                (T) Demanded
sued in her individual
and offical capacities
and CCA Whiteville Correctional facility sued in capacities.

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C. Plaintiff seeks Pleminary injuction relief pursuant to 28 U.S.C. Plaintiffs Claims for injuctive relief are authorized by 28 U.S.C. and Rule 65 of the Federal Rules of Civil Procedure

2. U.S District Court, Western District of Tennessee
Federal Building, Room 242
167 North Main Street, Memphis T.N. 38103

3. George Bryant is and was herein a prisoner of the State of Tennessee in the custody of Department of Corrections. He is confined in Whiteville Correctional Facility in Whiteville T.N. city of Whiteville 38075

4. Sherry Lindamwood is the Warden of Whiteville Correctional Facility. She is legally responsible for the overall operation of Whiteville Correctional Facility

5. Lt _____ Jordan and Sgt _____ Amos is correctional officers of C.C.A who at all times mentioned in this complaint held rank of Lt Jordan and Sgt Amos and was assigned to Whiteville Correctional facility

6. Each defendant is sued indiuidually and in his or offical capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## III Facts

7. The plaintiff George Bryant was incarcerated at Whiteville Correctional Facility during the events described in this complaint.

8. Defendants Lt _____ Jordon Sgt _____ Amos are correctional officers employed at Whiteville Correctional Facility they are sued in their individual capacity.

9. Sherry Lindamood is the Warden of Whiteville and is responsible for all administration She is sued in her individual and offical capacities

10. All the defendants have acted, and continue to act, under color of state law at all times relevant to this complaint

11. On Sept 3rd 2014 the plaintiff was denied Protective Custody

12. On Sept 3rd 2014 Lt Jordon and Sgt Amos placed a close custody inmate in the cell with plaintiff who is a minimum custody inmate.

13. On Sept 3rd soon as the close custody inmate was put in plaintiff cell he was violently assaulted

14. When Lt Jordon and Sgt Amos brought the inmate into seg C.O Sharp told them the inmate was close custody

15. When Lt Jordon and Sgt Amos brought the inmate into Seg, inmate Terrence Feaster #491044 also told Jordon and Amos the inmate was close custody and stated you not suppost to put him with a minimum custody inmate

16. Sgt Amos stated well they will have to deal with it, and proceeded to put the inmate in the cell with the plaintiff.

17. Sgt Amos put the inmate in the cell with plaintiff and uncuffed him and watched as the close custody inmate assaulted the plaintiff

18. Sgt Amos did not hit no code to try to get the plaintiff safety

19. On Sept 4th inmate begged Sgt Amos to get him medical attention because his head was still bleeding Sgt Amos said tuffen up you be allright.

20. At no time during the assault did Sgt Amos provide safety or security for the plaintiff

B. Issue an injunction ordering defendants Lt. Jordon Sgt Amos or their agents to
1. immediately seek professional medical help for continuing headache
2. Carry out without delay the treatment directed by such medical practitioner

C. Issue an injunction ordering Lt Jordon and Sgt Amos to insure the safety and security to all inmates

D. Award compensatory damages in the following amounts
1. $75,000 jointly and severally against all defendants for the physical and emotional injuries sustained as a result of the plaintiffs assault due to defendants negligence.
2. $25,000 jointly and severally against defendants for their failure to provide adequate custody, classification and adequate safety

E. Award Punitive damages in the following amounts
1. 25,000 each against Lt. Jordon
2. 25,000 each against Sgt Amos
3. 25,000 each against Warden Sherry Lindamood

F. Grant such other relief as it may appear that plaintiff is entitled

Date Sept 3rd 2014

Respectfully Submitted (sign) George Bryant 464311

George Bryant 464311
P.O. Box 679
Whiteville T.N. 38075