Case Name: Bryant vs Jordan et al
Case Number: 1:14-CV-01229-JOT3egb

Clerk of Court,

My name is inmate George Bryant #464311 im writing to inform you of my new address im no longer at Whiteville. My new address is George Bryant 464311
P.O. Box 5000 NECX
Mountein City, TN 37683

im trying to make sure I get my mail I havent received any in a month I Just got down here Friday October, 17, 2014 thank you

George Bryant 464311

**RECEIVED**

OCT 2 2 2014

**CLERK, U.S. DIST. COURT**
**WESTERN DIST. OF TENN**